# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CHECKWIZARD,<br>  *Plaintiff*,<br>v.<br>PLAINSCAPITAL BANK,<br>  *Defendant*. | § § § § § § § § | CIVIL ACTION NO. 2:25-CV-150-JRG<br>(Lead Case) |
| CHECKWIZARD,<br>  *Plaintiff*,<br>v.<br>H&R BLOCK, INC.,<br>  *Defendant*. | § § § § § § § § | CIVIL ACTION NO. 2:25-CV-148-JRG<br>(Member Case) |

## ORDER

Before the Court is Plaintiff CheckWizard's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 17). In the Notice, Plaintiff dismisses Member Case No. 2:25-CV-148-JRG without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1). Defendant H&R Block, Inc. has not yet answered Plaintiff's Complaint or moved for summary judgment. (*Id.*).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that Member Case No. 2:25-CV-148-JRG is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in Member Case No. 2:25-CV-148-JRG not explicitly granted herein are hereby **DISMISSED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:25-CV-148-JRG.

**So Ordered this**

**Apr 26, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE